FILED

SEP - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. THOMAS J. WHELAN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06CR1574-W |
| | ) | |
| Plaintiff, | ) | **ORDER RE: PSYCHIATRIC FEES** |
| | ) | **UNDER THE CRIMINAL JUSTICE ACT** |
| v. | ) | |
| | ) | |
| SAMUEL JACKSON-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

APPLICATION HAVING BEEN MADE and good cause appearing thereon, it is ordered that expert psychiatric fees in order to assist the defense of Mr. Jackson and to prepare for hearings re: competence and trial pursuant to 18 U.S.C. § 3006A(e)(1) are granted. Counsel is authorized to retain the services of Matthew F. Carroll, M.D., in an amount not to exceed $1,000.00 for purposes of performing a forensic examination of the defendant.

It is further ordered that Dr. Carroll have access to Mr. Jackson at the Metropolitan Correctional Center or other pretrial detention facility for the purpose of conducting the examination.

**SO ORDERED.**

Date:  9/4/07

_____
**THE HONORABLE THOMAS J. WHELAN**
UNITED STATES DISTRICT COURT

1